Jacob Gordon, Respondent, v. Edward B. Bernstein and Another, Appellants, Impleaded with Abraham E. Levin and Another.— Judgment affirmed, with costs. All concurred.

Libbie D. Warner and Another, Respondents, v. Hazel M. Doxtater, Appellant, and Others.— Judgment affirmed, with costs. All concurred.

Michael Malak, Respondent, v. The New York Central and Hudson River Railroad Company, Appellant.— Judgment and order affirmed, with costs. All concurred.

John R. Wilder, as Administrator, etc., Respondent, v. Lehigh Valley Railroad Company, Appellant.— Judgment and order affirmed, with costs. All concurred.

Lucia C. Calvano and Another, as Administrators, etc., Respondents, v. Town of Murray and Another, Appellants.— Judgment and order affirmed, with costs. All concurred.

George L. Rice, Appellant, v. Burt L. Giddings, Respondent.— Order affirmed, with costs. All concurred.

The People of the State of New York, Respondent, v. Robert Cassidy, Appellant.— Judgment of conviction affirmed. All concurred.

Frank Gould, Plaintiff, v. Empire State Degree of Honor, Defendant.—Appeal dismissed, without costs, upon stipulation filed.

Schopfer Realty Company, Respondent, v. Albert Gaffey, Appellant.— Appeal dismissed, without costs, upon stipulation filed.

Etta Boyle, Appellant, v. Walter G. Hopkins and Others, Respondents.— Motion for reargument denied, with ten dollars costs.

In the Matter of the Examination of Joseph Dunfee in Proceedings Supplementary to Execution upon Application of Frank Hasbrouck, as Superintendent of Insurance and Receiver, etc.— Motion for leave to appeal to Court of Appeals granted and question for review certified.

Charles Rossow, Respondent, v. Isabelle H. Matthews, as Executrix, etc., Appellant.— Judgment and order affirmed, with costs. All concurred.

Sophia Leventhal, as Administratrix, etc., Respondent, v. Loyal Protective Insurance Company, Appellant.— Judgment and order affirmed, with costs. All concurred.

Admitted to practice as attorney and counselor at law: Richard Noble Armstrong, of Syracuse, New York.

Appointed official referee under the provisions of chapter 35, Laws of 1909, as amended by chapter 262, Laws of 1916: Hon. Pardon C. Williams, of Watertown, New York.